## ORDER

Order Vacated, See 2006 WL 2044693.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**J. Larry SHOPE, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

**No. 2006–3175.**

United States Court of Appeals, Federal Circuit.

June 29, 2006.

### ORDER

The petitioner(s) having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, and having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Louis J. DE MAIO, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

**No. 06–3137.**

United States Court of Appeals, Federal Circuit.

June 29, 2006.

Louis J. De Maio, pro se.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2006–1493.**

United States Court of Appeals, Federal Circuit.

June 29, 2006.

Keith Russell Judd, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**Nancy BAILEY, Defendant–Appellee.**

**No. 2006–1492.**

United States Court of Appeals, Federal Circuit.

June 29, 2006.

Keith Russell Judd, pro se.

Nancy Bailey, pro se.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Charles A. POWELL, Jr., Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 06–3125.**

United States Court of Appeals, Federal Circuit.

July 12, 2006.

Before MICHEL, Chief Judge, FRIEDMAN, Senior Circuit Judge, and MAYER, Circuit Judge.